UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MULE, INC.<br><br>Defendant. | ECF CASE<br><br>No.: 1:20-cv-07198-GBD |



### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant not having filed an answer or motion for summary judgment, Plaintiff, under Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action with prejudice, resolving all matters in dispute having been made, with each party to bear its own fees and costs.

Because no motion for class certification was filed, or class certified, this action may be dismissed without notice or court approval

Dated:  September 30, 2020
        New York, New York

>           s/Christopher H. Lowe
>           Christopher H. Lowe
>           LIPSKY LOWE LLP
>           420 Lexington Avenue
>           Suite 1830
>           New York, New York 10170
>           Chris@lipskylowe.com
>           212.392.4772
>           *Attorneys for Plaintiff*

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 0 1 2020